# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                                  CASE NO.  3:99cr21

TERRY B. CARROLL

**REFERRAL AND ORDER**

Referred to Judge Vinson on   01/22/2007
Type of Motion/Pleading  CLARIFICATION OF IMPOSED SENTENCE
Filed by: Defendant                on 1/5/07         Doc. No. 75
( ) Stipulated/Consented/Joint Pleading
RESPONSES:
                                        on            Doc. No.
                                        on            Doc. No.
                          WILLIAM M. McCOOL, CLERK OF COURT

                          /s/ *V. Harmon*
                          Deputy Clerk

**ORDER**

Upon consideration of the foregoing, it is ORDERED this   22nd   day of  January         , 2007, that:

(a)    The requested relief is GRANTED.
(b)    See attached memo and letter.


                          /s/ *Roger Vinson*
                          ROGER VINSON
                          SENIOR UNITED STATES DISTRICT JUDGE


Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.

UNITED STATES GOVERNMENT
# MEMORANDUM

| | |
|---|---|
| DATE: | January 19, 2007 |
| REPLY TO ATTN OF: | Jeffrey G. Law  /s/ J. Law<br>United States Probation Officer<br>Panama City, Florida |
| SUBJECT: | **CARROLL, Terry B.**<br>**Dkt. 3:99CR21-001**<br>**Request for Clarification of Imposed Sentence** |
| TO: | Honorable Roger Vinson<br>Senior United States District Judge<br>Pensacola, Florida |

On January 5, 2007, a request for clarification of imposed sentence was filed by Mr. Carroll. He is presently incarcerated at the United States Penitentiary in Coleman, Florida. He has requested a court order showing when the 120-month term of imprisonment imposed on Count 2 was to begin and end, excluding any gain time. He points out in his request that he was arrested by federal authorities on May 5, 1999, and ultimately sentenced by Your Honor on October 19, 1999.

On October 19, 1999, Your Honor sentenced Mr. Carroll to a total term of 184 months imprisonment. The Court ordered that the terms consisted of a term of 64 months imposed on Count 1 and 120 months imposed on Count 2, with the term imposed on Count 2 to be served consecutively to Count 1. The Court also ordered that Count 1 be served concurrently with any underlying unserved sentence imposed in Walton County, Florida, Docket Numbers 98-624-CF and 98-653-CF. The term on Count 2 was to be served consecutively to the underlying unserved sentence imposed in Walton County state cases referred to herein. A copy of the Judgment and Commitment Order issued by Your Honor is attached for the Court's review.

Based upon his request, this officer has made contact with the Federal Bureau of Prisons and discussed the matter with the Legal Instruments Examiner at USP Coleman. The examiner has prepared a written response to this officer's inquiries. In her letter, she provides an explanation of the computations necessary to carry out the Court's intended sentence.

Because the Court imposed a concurrent portion and a consecutive portion in the sentence, the BOP had to adjust the start time of the sentence on Count 1 to coincide with the expiration of the state sentences. Because of that adjustment, the BOP commenced the sentence for Count 1 on December 6, 1999, so that it would expire on July 29, 2004, which was when the state sentence also expired. Since the federal sentence was imposed as a total

of 184 months, the BOP also had to calculate the sentence as a whole and not two separate portions. The BOP also calculated the jail credit Mr. Carroll was to receive for his periods of federal incarceration prior to sentencing. He was awarded 130 days of prior jail credit. These calculations take into consideration that the state only gave him 50 days jail credit toward his state sentence. The computations are done to insure that the offender does not receive double jail credit.

This officer has been assured by the BOP that Mr. Carroll's sentence has been properly calculated and that the projected release date takes into consideration all credit for jail time as well as possible gain time. Mr. Carroll is presently scheduled for release on April 29, 2013.

It is hoped this information proves helpful in the Court's consideration of the offender's motion.


JGL/jes

Enclosure:	Judgment and Commitment Order
		Presentence Investigation Report
		BOP Response Letter



U.S. Department of Justice

Federal Bureau of Prisons

*Federal Correctional Complex, Coleman*

FCC Coleman-USP 1
846 NE 54th Terrace
P.O. Box 1023
Coleman, Florida 33521-1023

January 18, 2007

Mr. Jeffrey G. Law
U.S. Probation Officer
30 West Government Street
Panama City FL 32401-2739

Re: Carroll, Terry B.
Reg. No: 04466-017

Dear Mr. Law:

Records indicate inmate Carroll 04466-017 was arrested on May 5, 1999, and remained in continuous custody. While in federal custody, he was sentenced by the state to a term of 6 years on August 13, 1999. He was returned to federal custody at this time because the United States Marshals had primary custody of this inmate. On October 19, 1999, he was sentenced in the Northern District of Florida, to a term of 184 months for Possession With Intent to Distribute Methamphetamine and Possession of a Firearm During a Drug Trafficking Crime. The court ordered 64 months of the sentence concurrent with the state sentence and 120 months to run consecutive to the state sentence. In order to properly carry our the court's intent, inmate Carroll was turned over to state custody for service of his state sentence. His release date from state custody was July 29, 2004. The commencement date of the 184 month sentence was adjusted to result in the same projected release date of the 120 months. His federal sentence commences on December 6, 1999, so the 64 month portion of his federal sentence would end with his state sentence, thus making the state time and the 64 month term concurrent to each other. The 120 month portion was computed commencing on July 29, 2004, to establish a projected release date for the total sentence of 184 months. Since the sentence imposed was 184 months, the sentence can not be divided into two separate sentences.

His federal date of offense is December 8, 1998. He was arrested by local authorities on December 9, 1998 and posted bond on those charges on February 26, 1999. The state only gave him 50 days of this credit toward his state time. The Bureau awarded him credit according to 18 USC 3585(b)(2) beginning on January 28, 1999, and ending on the date he posted bond. He was

Page 2
Carroll 04466-017

arrested by the DEA on May 5, 1999, and received credit until August 12, 1999, the day prior to the first sentence being imposed (the state sentence). He was awarded a total of 130 days of prior custody credit.

If you have any questions concerning this matter please give me a call at 352-689-6123.

Sincerely,

*Paula Fisel*

Paula Fisel
Legal Instruments Examiner
FCC Coleman USP 1